Dominick R. Welch (SBN 311096)
WELCH LAW FIRM
300 Harding Boulevard, Suite 109
Roseville, CA 95678
Telephone: (916) 865-4149
Facsimile: (916) 865-4267
Dom@WelchLawCA.com

Attorney for Plaintiff,
TIO DINERO SESSOMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN PATRICK KELLER, RICHARD WOODS, TONI WINFIELD,<br><br>    Defendants. | Case No.: 2:17-cv-00304-WBS-EFB<br><br>*(Related to Case No. 2:16-cv-01943-WBS-EFB)*<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

NOTICE IS HEREBY GIVEN THAT, subject to approval of the court, Plaintiff TIO DINERO SESSOMS substitutes Dominick R. Welch, State Bar No. 311096, as counsel of record in place of in Pro Per Plaintiff.

Contact information for new counsel is as follows:

>WELCH LAW FIRM
>300 Harding Boulevard, Suite 109
>Roseville, California 95678
>Telephone: (916) 865-4149
>Facsimile: (916) 865-4267
>Dom@WelchLawCA.com

I consent to the above substitution.

>IN PRO PER PLAINTIFF

Dated: January 25, 2019                            */s/ Tio Dinero Sessoms*
                                                                  Tio Dinero Sessoms

///

1
**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**
**(CASE NO. 2:17-CV-00304-WBS-EFB)**

I consent to the above substitution.

WELCH LAW FIRM

Dated: January 25, 2019

*/s/ Dominick R. Welch*
Dominick R. Welch
Attorney for Plaintiff,
TIO DINERO SESSOMS

The substitution of attorney is hereby approved and so ORDERED.

Dated: January 30, 2019.

Judge of the Eastern District of California

WELCH LAW FIRM
300 Harding Boulevard, Suite 109
Roseville, CA 95678