Dominick R. Welch (SBN 311096)
WELCH LAW FIRM
300 Harding Boulevard, Suite 109
Roseville, CA 95678
Telephone: (916) 865-4149
Facsimile: (916) 865-4267
Dom@Welch-LawFirm.com

Attorney for Plaintiff,
TIO DINERO SESSOMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN PATRICK KELLER,<br><br>    Defendant. | Case No.: 2:17-cv-00304-WBS-EFB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>Complaint Filed:   February 14, 2017<br>FAC Filed:          August 8, 2017 |

Plaintiff, TIO DINERO SESSOMS ("Plaintiff") and Defendant JOHN PATRICK KELLER ("Defendant"), through their respective undersigned counsel, hereby respectfully submit the following Joint Stipulation and [Proposed] Order to Modify the Court's October 30, 2018, AMENDED DISCOVERY AND SCHEDULING ORDER.

## **STIPULATION**

WHEREAS, the Court issued a Discovery and Scheduling Order on September 27, 2018, filed September 28, 2018 (ECF Doc No. 24), as modified by the Court's subsequent October 30, 2018, filed October 31, 2018 (ECF Doc No. 27).

WHEREAS, the Court's Amended Discovery and Scheduling Order, dated October 30, 2018, requires the parties to complete discovery investigation by March 15, 2019.

WHEREAS, Plaintiff's counsel, Dominick R. Welch, entered as attorney of record on January 31, 2019.

*///*

1

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY DISCOVERY AND SCHEDULING ORDER (CASE NO.: 2:17-CV-00304-WBS-EFB)**

WELCH LAW FIRM
300 Harding Boulevard, Suite 109
Roseville, CA 95678

1  WHEREAS, the current Discovery and Scheduling Order does not allow the parties time to complete discovery. Furthermore, the parties are continuing to meet and confer regarding responses to written discovery from Defendants' Special Interrogatories and Request for Production of Documents, which includes five separate document requests.

WHEREAS, the parties agree that good cause exists to extend all remaining deadlines in the Court's Amended Discovery and Scheduling Order, dated October 30, 2018 (ECF Doc No. 27), as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Discovery Requests Deadline | January 11, 2019 [Discovery and Scheduling Order ("D&SO"), ECF Doc No. 27, pp. 4:15.] | April 25, 2019 |
| Discovery Cut-Off Deadline | March 15, 2019 (D&SO, ECF Doc No. 27, pp. 4:13.) | June 27, 2019 |
| Deadline to File Motion to Amend Complaint | March 15, 2019 (D&SO, ECF Doc No. 27, pp. 4:17.) | June 27, 2019 |
| Deadline to File Dispositive Motions | June 14, 2019 (D&SO, ECF Doc No. 27, pp. 4:18.) | September 26, 2019 |

Dated: February 13, 2019  WELCH LAW FIRM

*/s/ Dominick R. Welch*
Dominick R. Welch
Attorney for Plaintiff,
TIO DINERO SESSOMS

Dated: February 13, 2019  CITY OF SACRAMENTO

*/s/ Andrea M. Velasquez*
Andrea M. Velasquez
Attorney for Defendant,
JOHN PATRICK KELLER

**[~~PROPOSED~~] ORDER**

The Court, having reviewed the JOINT STIPULATION TO MODIFY DISCOVERY AND SCHEDULING ORDER and finding good cause, issues an Order to:

1. Continue the deadline to propound discovery from January 11, 2019, to April 25, 2019;
2. Continue the discovery cut-off from March 15, 2019, to June 27, 2019;
3. Continue the deadline to file a Motion to Amend the Complaint from March 15, 2019, to June 27, 2019; and
4. Continue the deadline to file Dispositive Motions from June 14, 2019, to September 26, 2019.

**IT IS SO ORDERED.**

Dated: February 21, 2019

_____
EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE