SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)**
AVelasquez@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for JOHN PATRICK KELLER


   ***

Dominick R. Welch (SBN 311096)
WELCH LAW FIRM
300 Harding Boulevard, Suite 109
Roseville, CA 95678
Telephone:  (916) 865-4149
Facsimile:  (916) 865-4267
Dom@Welch-LawFirm.com

Attorney for Plaintiff,
TIO DINERO SESSOMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PATRICK KELLER; RICHARD WOODS, TONI WINFIELD<br><br>Defendants. | Case No.:  2:17-cv-00304-WBS-EFB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

 Pursuant to the stipulation of the parties, and for good cause shown, the Court hereby Orders the case dismissed in its entirety with prejudice with each party to bear its own costs, fees and litigation expenses.

IT IS SO ORDERED

Dated: September 13, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE